UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL WALKER, | ) Case No.: 3:15-CV-05149-JCS |
|       Plaintiff, | ) |
| | ) **ORDER** |
| v. | ) |
| | ) |
| CITY OF SAN FRANCISCO AND | ) |
| COUNTY OF SAN FRANCISCO; and | ) |
| Does 1-10, | ) |
| | ) |
|       Defendants. | ) |
| _____ | ) |

## <u>ORDER</u>

The Court hereby vacates all currently set dates, with the expectation that the parties will file a Joint Stipulation for Dismissal within 120 days.  The Court sets a Status Conference for 4/22/16 at 2:00 PM.  The Status will be vacated if the Joint Stipulation for Dismissal is **IT IS SO ORDERED.**  filed.

Dated: ___12/15/15_____     _____
HONORABLE JOSEPH C. SPERO
United States Magistrate Court Judge

IT IS SO ORDERED
AS MODIFIED
Judge Joseph C. Spero

Notice of Settlement- Order          -1-          3:15-CV-05149-JCS