United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PAUL WALKER,

    Plaintiff.

    v.

CITY OF SAN FRANCISCO AND COUNTY OF SAN FRANCISCO,

    Defendant.

Case No. 15-cv-05149-JCS

**ORDER TO SHOW CAUSE**

A Status Conference was scheduled on April 22, 2016, before this Court in the above-entitled case. Plaintiff's counsel was present. Defendant's counsel was not present.

IT IS HEREBY ORDERED that Defendant appear on **May 13, 2016, at 2:00 p.m.,** before Chief Magistrate Judge Joseph C. Spero, in Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, and then and there to show cause why Defendant's default should not be entered for failure to appear as ordered by the Court. A further case management conference is also scheduled for **May 13, 2016**, **at 2:00 p.m.**

IT IS SO ORDERED.

Dated: April 27, 2016

                                    JOSEPH C. SPERO
                                    Chief Magistrate Judge