```
 1  DENNIS J. HERRERA, State Bar #139669
    City Attorney
 2  CHERYL ADAMS, State Bar #164194
    Chief Trial Deputy
 3  MARK D. LIPTON, State Bar #152864
    Deputy City Attorney
 4  Fox Plaza
    1390 Market Street, 6th Floor
 5  San Francisco, California 94102-5408
    Telephone:    (415) 554-4218
 6  Facsimile:    (415) 554-3837
    E-Mail:       mark.lipton@sfgov.org
 7
    Attorneys for Defendant
 8  CITY AND COUNTY OF SAN FRANCISCO
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL WALKER, | Case No. CV 15-5149 JCS |
| Plaintiff, | **REQUEST FOR DISMISSAL;** ~~PROPOSED~~ **ORDER OF DISMISSAL** |
| vs. | |
| CITY OF SAN FRANCISCO and COUNTY OF SAN FRANCISCO; and Does 1-10, | |
| Defendant. | |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

A settlement agreeable to all parties has been reached in the above-mentioned matter. The parties respectfully request that this case be dismissed with prejudice.

Dated: June 28, 2016

CENTER FOR DISABILITY ACCESS

By: /s/ Phyl Grace
PHYL GRACE

Attorneys for Plaintiff
PAUL WALKER

Dated: 10-11-16

DENNIS J. HERRERA
City Attorney
CHERYL ADAMS
Chief Trial Deputy
MARK D. LIPTON
Deputy City Attorneys

By: /s/ Mark D. Lipton
MARK D. LIPTON

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

**ORDER**

IT IS SO ORDERED.

Dated: October 11, 2016

/s/ Joseph C. Spero
Joseph C. Spero
~~United States District Court~~ Judge
Chief Magistrate

Request for Dismissal
Walker v. CCSF; CV-15-5129 JCS

2

n:\lit\li2015\151308\01069275.doc